**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

LESTINE DAVIS HALL                                                                                       PLAINTIFF

V.                                                                                            NO. 3:06CV271-WHB-JCS

NATIONAL RAILROAD PASSENGER
CORPORATION                                                                                        DEFENDANT

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** came on for hearing on the joint motion *ore tenus* of Plaintiff Lestine Davis Hall and Defendant National Railroad Passenger Corporation for an order of dismissal of this action with prejudice, and this Court having considered said Motion and after being advised that the parties have settled this action and consent to the entry of this final judgment, is of the opinion that Plaintiff's action against National Railroad Passenger Corporation should be dismissed with prejudice with each party to pay their own costs and attorneys' fees.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that Plaintiff's Complaint and all claims asserted or which could have been asserted against National Railroad Passenger Corporation are hereby dismissed with prejudice with each party to pay their own costs and attorneys fees.

**SO ORDERED AND ADJUDGED**, this the 30th day of November, 2006.

                                                                  s/ William H. Barbour Jr.
                                                                  UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED BY:

*/s/ Yancy B. Burns*
Yancy B. Burns, Esq.
The Crawley Law Offices, PLLC
PO Box 13849
Jackson, Mississippi 39236
Attorney for Plaintiff, Lestine
Davis Hall


*/s/ Jeremy L. Birdsall*
Jeremy L. Birdsall, Esq.
WISE CARTER CHILD & CARAWAY, PA
Post Office Box 651
Jackson, Mississippi 39205
Attorney for Defendant, National Railroad
Passenger Corporation